UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
George Burns,

                    Plaintiff,                    10cv185 (GBD)
                -against-                   <u>PRO SE PRETRIAL</u>
Westchester County Department of Corrections    <u>CONFERENCE NOTICE</u>
Corrections Officer H. Rennals
Correction Officer D. Cortes
Co. rank of Sgt. Thomalen, *Sgt. Thomalen*,
                  Defendants.
------------------------------------------------------------x
GEORGE B. DANIELS, DISTRICT JUDGE:

      Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference before Magistrate Judge Gabriel W. Gorenstein, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      A Pro Se pretrial conference will be held at the United States District Courthouse. If you are a prisoner in a state or city facility, you should provide sufficient information for opposing counsel to prepare an order by the Court to arrange for a conference by telephone.

      No application for adjournment will be considered unless made within one week of receipt of the conference date.

      All parties should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: January 15, 2010
       New York, New York

                                          SO ORDERED:

                                          _____
                                          George B. Daniels
                                          United States District Judge